## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

### No. 15-1794

In Re:  MOHAMMAD HARRIS AMIN,

　　　　　　　　Petitioner.

On Petition for Writ of Mandamus.

Submitted:  October 15, 2015　　　　Decided:  October 19, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Mohammad Harris Amin, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Harris Amin has filed a petition for a writ of mandamus seeking an order directing the Loudoun County Circuit Court and Commonwealth's Attorney's Office to rule on a pending probation violation.  Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003).  Further, mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  We lack jurisdiction to grant mandamus relief against state officials.  Gurley v. Superior Court of Mecklenburg Cty., 411 F.2d 586, 587 (4th Cir. 1969) (per curiam).

Because Amin seeks a writ of mandamus against state officials, we lack jurisdiction over his petition.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED